**No. 63431.**—Julien Giguet, Inc. *v.* United States, protest 58/25012 (New York).

Opinion by FORD, J.   In accordance with stipulation of counsel that the merchandise consists of veils or veilings similar in all material respects to those the subject of *Elvic Import Corp.* v. *United States* (38 Cust. Ct. 13, C.D. 1837), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, OCTOBER 15, 1959

**No. 63432.**—Dryden Poultry Breeding Farm and Harper, Robinson & Co. et al. *v.* United States, protests 253482–K, etc. (San Francisco).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of chicktesters the same in all material respects as those the subject of *Inter-Maritime Forwarding Co., Inc.* v. *United States* (45 C.C.P.A. 125, C.A.D. 685), the claim of the plaintiffs was sustained.

**No. 63433.**—Manca, Inc. *v.* United States, protests 58/12537 and 58/13718 (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of parts of cameras, the claim of the plaintiff was sustained.

**No. 63434.**—E. Leitz, Inc. *v.* United States, protest 58/14361 (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C.D. 1519), the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U.S.C. § 2636(d)).